# Criminal Case Cover Sheet
U.S. District Court - District of Massachusetts

**Place of Offense:** _____   **Category No.** I   **Investigating Agency** HSI

**City** Lynn
**County** Essex

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number See attached
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number See attached   ☑ Yes ☐ No

**Defendant Information:**
**Defendant Name** WILVING LOPEZ   Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
**Alias Name:** BOLU
**Address:** _____
**Birth date (Yr only):** 2000   **SSN (last 4#):** 7398   **Sex:** M   **Race:** Hisp   **Nationality:** _____
**Defense Counsel if known:** Scott Lopez   **Address:** _____
**Bar Number:** _____

**U.S. Attorney Information**
**AUSA:** Philip A. Mallard   **Bar Number if applicable:** 679138

**Interpreter:** ☑ Yes ☐ No   List language and/or dialect: Spanish

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☑ Regular Process   ☑ In Custody

**Location Status:** Middleton HOC
**Arrest Date:** 8/16/2023

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Middleton HOC   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☑ Information   ☐ Indictment
**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 2/18/2025   **Signature of AUSA:** *Philip Mallard*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   WILVING LOPEZ

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Case Number Attachment

24-MJ-6314-MPK
24-MJ-6315-MPK
24-MJ-6316-MPK
24-MJ-6317-MPK
24-MJ-6318-MPK
24-MJ-6319-MPK
24-MJ-6320-MPK
24-MJ-6321-MPK
24-MJ-6322-MPK
24-MJ-6323-MPK
24-MJ-6324-MPK
24-MJ-6325-MPK
24-MJ-6340-MPK
24-MJ-6359-MPK
24-MJ-6360-MPK
24-MJ-6368-MPK
24-MJ-6369-MPK
24-MJ-6370-MPK
24-MJ-6371-MPK
24-MJ-6392-MPK
24-MJ-6393-MPK
24-MJ-6443-MPK
24-MJ-6444-MPK
24-MJ-6445-MPK
24-MJ-6446-MPK
24-MJ-6447-MPK
24-MJ-6496-MPK
24-MJ-6497-MPK
24-MJ-6498-MPK
24-MJ-6519-MPK
24-MJ-6520-MPK
24-MJ-6521-MPK
24-MJ-6522-MPK
24-MJ-6523-MPK
24-MJ-6524-MPK
24-MJ-6525-MPK
24-MJ-6526-MPK
24-MJ-6527-MPK
24-MJ-6528-MPK
24-MJ-6529-MPK
24-MJ-6530-MPK
24-MJ-6531-MPK
24-MJ-6532-MPK
24-MJ-6537-MPK
24-MJ-6613-MPK
24-MJ-6614-MPK
24-MJ-6615-MPK
24-MJ-6620-MPK
24-MJ-6734 to 24-MJ-6764-MPK

2

24-MJ-6872-MPK
24-MJ-6873-MPK
24-MJ-6941-MPK
24-MJ-6942-MPK
24-MJ-6981-MPK
24-MJ-6982-MPK
24-MJ-6983-MPK
24-MJ-6984 to 24-MJ-6099-MPK
24-MJ-9000 to 24-MJ-9032-MPK
25-MJ-6000-MPK
25-MJ-6054, 6055-MPK
25-MJ-6081 to 6104-MPK

Related Case Attachment (Local Rule 40.1(h))

24-CR-10263-NMG
24-CR-10335-NMG
24-CR-10336-NMG
24-CR-10373-NMG
24-CR-10380-NMG
25-CR-10006-NMG
25-CR-10007-NMG
25-CR-10058-NMG